Joseph R. Manning, Jr., Esq. (SBN 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Tel: (949) 200-8755 Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff:
JAMES RUTHERFORD

VINCENT D. NGUYEN, ESQ. (STATE BAR NO. 305296)
**VINCE | LAW**
10212 Westminster Ave., Suite 102
Garden Grove, Ca 92843
Tel: (714) 594-8617 Fax: (714) 509-0605
Email: Vdn.esq@gmail.com

Attorneys for Defendants:
NIRAV PATEL AND SON DINH NGUYEN
AND NGOC LAN THI NGUYEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NIRAV PATEL, an individual; SON DIHN NGUYEN and NGOC LAN THI NGUYEN, individually and as trustees of SON DINH AND NGOC LAN NGUYEN LIVING TRUST DATED OCTOBER 8, 1999; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:20-CV-01628-DOC-ADS<br><br>Hon. David O. Carter<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  August 28, 2020<br>Trial Date:  None Set |

JOINT NOTICE OF SETTLEMENT
1

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff, JAMES RUTHERFORD, and Defendant, NIRAV PATEL, SON DINH NGUYEN and NGOC LAN THI NGUYEN, individually and as trustees of SON DINH AND NGOC LAN NGUYEN LIVING TRUST DATED OCTOBER 8, 1999 (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: December 10, 2020                **MANNING LAW, APC**

                                By:   */s/ Joseph R. Manning, Jr. Esq.*
                                      Joseph R. Manning, Jr., Esq.
                                      Attorneys for Plaintiff,
                                      Anthony Bouyer

Dated: December 10, 2020                **VINCE | LAW**

                                By:   */s/ Vince D. Nguyen*
                                      Vince D. Nguyen
                                      Attorney for Defendant,
                                      Nirav Patel and Son Dinh Nguyen
                                      and Ngoc Lan Thi Nguyen

**CERTIFICATE OF SERVICE**

I certify that on December 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: December 10, 2020      **MANNING LAW, APC**

By:   */s/ Joseph R. Manning, Jr. Esq.*
Joseph R. Manning, Jr., Esq.
Attorneys for Plaintiff
Anthony Bouyer